**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 19-CV-184 (SRN/ECW)**

---

Scott Enstad,

      Plaintiff,

v.

Wells Fargo Bank, N.A.,

      Defendant.

**STIPULATION FOR DISMISSAL**

---

The above parties stipulate, through their respective undersigned counsels, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Date: February 20, 2019

*/s/ Bennett Hartz*
Andrew C. Walker #392525
Bennett Hartz #393136
Walker & Walker Law Offices, PLLC
4356 Nicollet Avenue South
Minneapolis, MN 55409
(612) 824-4357
*Attorneys for Plaintiff*

Date: February 20, 2019

*/s/ Erin L. Hoffman*
Erin Hoffman #387835
Faegre Baker Daniels, LLP
90 S. 70th St. #2200
Minneapolis, MN 55402
(612) 766-7000
*Attorneys for Defendant*

US.122050711.01