## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Scott Enstad,  File No. 19-cv-0184 (SRN/ECW)

    Plaintiff,

v.  **ORDER**

Wells Fargo Bank, N.A.,

    Defendant.

_____

    Based on the Stipulation filed in this matter [Doc. No. 8],

    IT IS HEREBY ORDERED that this action is dismissed with prejudice.

The parties shall bear their own costs and fees.


Date: February 21, 2019                  s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge